[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 12, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14737

_____

D. C. Docket No. 04-80010 CV-DTKH

HARD TO TREAT DISEASES, INC.,
a Florida corporation,
f.k.a. International Foam Solutions, Inc.,

Plaintiff-Appellant,

versus

RONALD SHINN,
GERRY G. KNIGHT,
and SHINN CAPITAL GROUP, INC.,
a Hawaii corporation,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 12, 2006)**

Before TJOFLAT, HULL and BOWMAN,[*] Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the district court's findings of fact are supported by the record and that its conclusions of law are correct, except for the district court's failure to award post-judgment interest on the $201,620.01 awarded to plaintiff Hard to Treat Diseases, Inc. On remand, the Clerk of the Court shall amend the judgment to include post-judgment interest at the parties' agreed-upon rate of 3.52% from July 14, 2005 (the date of the original judgment) until payment in full. To the extent the district court improperly used October 13, 2003, instead of January 13, 2004, as the termination date for the licenses, we conclude this still does not create any reversible error in the district court's determination as to liability and damages.

**AFFIRMED.**

---

[*]Honorable Pasco Bowman, II, United States Circuit Judge for the Eighth Circuit, sitting by designation.